# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KAFI, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **FAIRGATE TRUST; ALLIED** | § | **CIVIL ACTION NO. 4:23-cv-04217** |
| **SERVICING CORPORATION; AND** | § | |
| **MORTGAGE ELECTRONIC** | § | |
| **REGISTRATION SYSTEMS, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff, KAFI, INC. ("Plaintiff"), and Defendants, FAIRGATE TRUST; ALLIED SERVICING CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("Defendants") (all together the "Parties"), and present this joint notice, and would show the Court:

The Parties have settled this matter in its entirety and are in the process of drafting and executing a final agreement. Accordingly, the Parties request sixty (60) days with which to finalize the settlement and file final dismissal pleadings to be signed by the court.

Respectfully Submitted,

*Attorney for Plaintiff*

/s/*Jeffrey C. Jackson*
JEFFREY JACKSON
*Attorney-in-Charge*
jeff@jjacksonpllc.com
State Bar No. 24065485
Southern District No. 1024221
**JEFFREY JACKSON & ASSOCIATES, PLLC**
11767 Katy Fwy., Ste. 813
Houston, Texas 77079
Telephone: (713) 861-8833
Facsimile: (713) 682-8866

*Attorneys for Fairgate Trust; Allied Servicing Corporation*

/s/ *Michael F. Hord, Jr.,* w/p jcj
Michael F. Hord Jr.
– Attorney-in-Charge
Texas Bar No. 00784294
S.D. Texas Bar No. 16035
mhord@hirschwest.com
Eric C. Mettenbrink
Texas Bar No. 24043819
S.D. Texas Bar No. 569887
emettenbrink@hirschwest.com
**HIRSCH & WESTHEIMER, P.C.**
1415 Louisiana, 36th Floor
Houston, Texas 77002-2772
Telephone: (713) 220-9182
Facsimile: (713) 223-9319

*Attorney for Mortgage Electronic Registration Systems, Inc.*

 /s/ *Damian G. Waldman,* w/p jcj
Damian Waldman, Esq.
Southern District of TX No.: 2523745
Florida Bar No. 0090502
Law Offices of Damian G. Waldman, P.A.
P.O. Box 5162
Largo, FL 33779
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email: damian@dwaldmanlaw.com
E-Service: service@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served, via the Court's CM/ECF System, USPS Certified Mail, Fax Transmission, and/or E-Mail to all counsel of record on this 4th day of March, 2025.

**Michael F. Hord Jr.**
mhord@hirschwest.com
**Eric C. Mettenbrink**
emettenbrink@hirschwest.com
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana St Fl 36
Houston TX 77002-2772
T: (713) 220-9182
F: (713) 223-9319
*Attorneys for Defendants*

/s/     *Jeffrey C. Jackson*
**JEFFREY C. JACKSON**